IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BEVERLY J. ROCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MARK T. ESPER, DEPARTMENT OF | ) |
| DEFENSE, ARMY & AIR FORCE | ) |
| EXCHANGE SERVICE, | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:20-CV-1502-C-BK |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Defendants' Motion for Summary Judgment should be granted.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Defendants' Motion for Summary Judgment be **GRANTED** and Plaintiff's claims be **DISMISSED**.

SO ORDERED.

Dated March 14, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.